1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNNY HOWARD GATES,                    Case No. 1:23-cv-00271-KES-CDB

12                    Plaintiff,             **ORDER REGARDING NOTICE OF**
                                             **VOLUNTARY DISMISSAL**
13        v.
                                             (Doc. 36)
14   M. NAVARRO, et al.,

15                    Defendants.

16

17        On June 24, 2024, during a settlement conference held before the undersigned, the parties

18   settled their dispute. (*See* Doc. 35 [minutes].) The Court ordered dispositional documents be filed

19   within 30 days. (*Id.*)

20        On July 8, 2024, the parties filed a Notice of Voluntary Dismissal. (Doc. 36.) The notice is

21   signed and dated by Plaintiff Johnny Howard Gates and by Lauren Sanchez, counsel for

22   Defendants J. Alejo, F. Barrios and M. Navarro, and indicates that the parties stipulate to a

23   dismissal of this action with prejudice, and that each party shall bear its own litigation costs and

24   attorney's fees. (*Id.*)

25   //

26   //

27   //

28   //

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **July 9, 2024**

UNITED STATES MAGISTRATE JUDGE